# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1405

_____

| | |
|---|---|
| Mateo Bravo Mejia, | * |
| | * |
| Petitioner, | * |
| | * |
| Luisa Perez De Bravo, | * |
| | *  Petition for Review of |
| v. | *  an Order of the Board |
| | *  of Immigration Appeals. |
| Eric H. Holder, Jr., Attorney General | * |
| of the United States, | *  [UNPUBLISHED] |
| | * |
| Respondent. | * |

_____

Submitted: August 17, 2010
Filed: August 24, 2010

_____

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Mateo Bravo Mejia petitions for review of an order of the Board of Immigration Appeals (BIA), which affirmed an immigration judge's denial of asylum, withholding of removal, and cancellation of removal. We conclude that the denial of asylum and withholding of removal was supported by substantial evidence on the record as a whole. See Khrystotodorov v. Mukasey, 551 F.3d 775, 781 (8th Cir. 2008) (standard of review). We cannot review the BIA's discretionary determination that Mejia failed to show his removal would result in exceptional and

extremely unusual hardship to his child.  See Zacarias-Velasquez v. Mukasey, 509 F.3d 429, 434 (8th Cir. 2007) (this court lacks jurisdiction to review denial of cancellation of removal for failure to prove exceptional and extremely unusual hardship).  Accordingly, the petition for review is denied.

_____